COPY

1  MARC J. FAGEL (Cal. Bar No. 154425)
   CARY S. ROBNETT (Cal. Bar No. 160585)
2  TRACY L. DAVIS (Cal. Bar No. 184129)
     DavisTL@sec.gov
3  STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
     BuchholzS@sec.gov
4
   Attorneys for Plaintiff
5  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2600
6  San Francisco, California 94104
   Telephone: 415-705-2500
7  Facsimile: 415-705-2501

E-filing

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  SECURITIES AND EXCHANGE COMMISSION,          Case No.

13                  Plaintiff,

14       vs.                                     CONSENT OF DEFENDANT HONG LIANG
                                                 LU TO ENTRY OF FINAL JUDGMENT
15  HONG LIANG LU and MICHAEL J. SOPHIE,

16                  Defendants.

17

18       1.      Defendant Hong Liang Lu waives service of a summons and the complaint in this

19  action, enters a general appearance, and admits the Court's jurisdiction over Defendant and over the

20  subject matter of this action.

21       2.      Without admitting or denying the allegations of the complaint (except as to personal

22  and subject matter jurisdiction, which Defendant admits), Defendant hereby consents to the entry of

23  the final Judgment in the form attached hereto (the "Final Judgment") and incorporated by reference

24  herein, which, among other things, orders Defendant to pay a civil penalty in the amount of $100,000

25  under Section 21(d)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u(d)(3)].

26       3.      Defendant agrees that he shall not seek or accept, directly or indirectly, reimbursement

27  or indemnification from any source, including but not limited to payment made pursuant to any

28  insurance policy, with regard to any civil penalty amounts that Defendant pays pursuant to the Final

1 | Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution

2 | fund or otherwise used for the benefit of investors. Defendant further agrees that he shall not claim,

3 | assert, or apply for a tax deduction or tax credit with regard to any federal, state, or local tax for any

4 | penalty amounts that Defendant pays pursuant to the Final Judgment, regardless of whether such

5 | penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit

6 | of investors.

7 |     4.    Defendant waives the entry of findings of fact and conclusions of law pursuant to Rule

8 | 52 of the Federal Rules of Civil Procedure.

9 |     5.    Defendant waives the right, if any, to a jury trial and to appeal from the entry of the

10 | Final Judgment.

11 |     6.    Defendant enters into this Consent voluntarily and represents that no threats, offers,

12 | promises, or inducements of any kind have been made by the Commission or any member, officer,

13 | employee, agent, or representative of the Commission to induce Defendant to enter into this Consent.

14 |     7.    Defendant agrees that this Consent shall be incorporated into the Final Judgment with

15 | the same force and effect as if fully set forth therein.

16 |     8.    Defendant will not oppose the enforcement of the Final Judgment on the ground, if

17 | any exists, that it fails to comply with Rule 65(d) of the Federal Rules of Civil Procedure, and hereby

18 | waives any objection based thereon.

19 |     9.    Defendant waives service of the Final Judgment and agrees that entry of the Final

20 | Judgment by the Court and filing with the Clerk of the Court will constitute notice to Defendant of its

21 | terms and conditions. Defendant further agrees to provide counsel for the Commission, within thirty

22 | days after the Final Judgment is filed with the Clerk of the Court, with an affidavit or declaration

23 | stating that Defendant has received and read a copy of the Final Judgment.

24 |     10.    Consistent with 17 C.F.R. § 202.5(f), this Consent resolves only the claims asserted

25 | against Defendant in this civil proceeding. Defendant acknowledges that no promise or

26 | representation has been made by the Commission or any member, officer, employee, agent, or

27 | representative of the Commission with regard to any criminal liability that may have arisen or may

28 | arise from the facts underlying this action or immunity from any such criminal liability. Defendant

-2-

CONSENT OF DEFENDANT HONG LIANG LU<br>TO ENTRY OF FINAL JUDGMENT

1   waives any claim of Double Jeopardy based upon the settlement of this proceeding, including the

2   imposition of any remedy or civil penalty herein.

3         11.    Defendant understands and agrees to comply with the Commission's policy "not to

4   permit a defendant or respondent to consent to a judgment or order that imposes a sanction while

5   denying the allegation in the complaint or order for proceedings." 17 C.F.R. § 202.5.  In compliance

6   with this policy, Defendant agrees:  (i) not to take any action or to make or permit to be made any

7   public statement denying, directly or indirectly, any allegation in the complaint or creating the

8   impression that the complaint is without factual basis; and (ii) that upon the filing of this Consent,

9   Defendant hereby withdraws any papers filed in this action to the extent that they deny any allegation

10  in the complaint.  If Defendant breaches this agreement, the Commission may petition the Court to

11  vacate the Final Judgment and restore this action to its active docket.  Nothing in this paragraph

12  affects Defendant's:  (i) testimonial obligations; or (ii) right to take legal or factual positions in

13  litigation or other legal proceedings in which the Commission is not a party.

14        12.    Defendant hereby waives any rights under the Equal Access to Justice Act, the Small

15  Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from

16  the United States, or any agency, or any official of the United States acting in his or her official

17  capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs

18  expended by Defendant to defend against this action.  For these purposes, Defendant agrees that

19  Defendant is not the prevailing party in this action since the parties have reached a good faith

20  settlement.

21        13.    In connection with this action and any related judicial or administrative proceeding or

22  investigation commenced by the Commission or to which the Commission is a party, Defendant (i)

23  agrees to appear and be interviewed by Commission staff at such times and places as the staff

24  requests upon reasonable notice; (ii) will accept service by mail or facsimile transmission of notices

25  or subpoenas issued by the Commission for documents or testimony at depositions, hearings, or

26  trials, or in connection with any related investigation by Commission staff; (iii) appoints Defendant's

27  undersigned attorney as agent to receive service of such notices and subpoenas; (iv) with respect to

28  such notices and subpoenas, waives the territorial limits on service contained in Rule 45 of the

CONSENT OF DEFENDANT HONG LIANG LU
TO ENTRY OF FINAL JUDGMENT

1  Federal Rules of Civil Procedure and any applicable local rules, provided that the party requesting the

2  testimony reimburses Defendant's travel, lodging, and subsistence expenses at the then-prevailing U.S.

3  Government per diem rates; and (v) consents to personal jurisdiction over Defendant in any United

4  States District Court for purposes of enforcing any such subpoena.

5      14.    Defendant agrees that the Commission may present the Final Judgment to the Court

6  for signature and entry without further notice.

7      15.    Defendant agrees that this Court shall retain jurisdiction over this matter for the

8  purpose of enforcing the terms of the Final Judgment.

9

10  Dated: January 28 , 2008

11                                          Hong Liang Lu

   Approved as to form:
12

13

14  Boris Feldman, Esq.
   Wilson Sonsini Goodrich & Rosati P.C.
15  650 Page Mill Road
16  Palo Alto, CA  94304
   Telephone:  650-493-9300
17  Facsimile:  650-493-6811

18  Attorney for Defendant HONG LIANG LU

19
   Submitted by:
20

21

22  Marc J. Fagel
   Cary S. Robnett
23  Tracy L. Davis
   Steven D. Buchholz
24  44 Montgomery Street, Suite 2600
25  San Francisco, California  94104
   Telephone:  415-705-2500
26  Facsimile:  415-705-2501

27  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
28

-4-                    CONSENT OF DEFENDANT HONG LIANG LU
                       TO ENTRY OF FINAL JUDGMENT

1  Federal Rules of Civil Procedure and any applicable local rules, provided that the party requesting the

2  testimony reimburses Defendant's travel, lodging, and subsistence expenses at the then-prevailing U.S.

3  Government per diem rates; and (v) consents to personal jurisdiction over Defendant in any United

4  States District Court for purposes of enforcing any such subpoena.

5       14.    Defendant agrees that the Commission may present the Final Judgment to the Court

6  for signature and entry without further notice.

7       15.    Defendant agrees that this Court shall retain jurisdiction over this matter for the

8  purpose of enforcing the terms of the Final Judgment.

9

10  Dated: _January 28_____, 2008           _____

11                                        Hong Liang Lu

Approved as to form:

12

13

14  Boris Feldman, Esq.
15  Wilson Sonsini Goodrich & Rosati P.C.
   650 Page Mill Road
16  Palo Alto, CA 94304
   Telephone: 650-493-9300
17  Facsimile: 650-493-6811

18  Attorney for Defendant HONG LIANG LU

19
   Submitted by:
20

21  _____

22  Marc J. Fagel
   Cary S. Robnett
23  Tracy L. Davis
   Steven D. Buchholz
24  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
25  Telephone: 415-705-2500
26  Facsimile: 415-705-2501

27  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
28

-4-         CONSENT OF DEFENDANT HONG LIANG LU
                 TO ENTRY OF FINAL JUDGMENT

MARC J. FAGEL (Cal. Bar No. 154425)
CARY S. ROBNETT (Cal. Bar No. 160585)
TRACY L. DAVIS (Cal. Bar No. 184129)
   DavisTL@sec.gov
STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
   BuchholzS@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  415-705-2500
Facsimile:  415-705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HONG LIANG LU and MICHAEL J. SOPHIE,<br><br>Defendants. | Case No.<br><br>[PROPOSED] FINAL JUDGMENT AS TO DEFENDANTS HONG LIANG LU AND MICHAEL J. SOPHIE |

The Securities and Exchange Commission having filed a Complaint and Defendants Hong Liang Lu and Michael J. Sophie having entered a general appearance; consented to the Court's jurisdiction over Defendants and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); consented to the exercise by a magistrate judge of civil jurisdiction over this matter; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Lu shall pay a civil penalty in the amount of $100,000 pursuant to Section 21(d)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u(d)(3)]. Defendant Lu shall make this payment within ten (10) business

1   days after entry of this Final Judgment by certified check, bank cashier's check, or United States
2   postal money order payable to the Securities and Exchange Commission. The payment shall be
3   delivered or mailed to the Office of Financial Management, Securities and Exchange Commission,
4   Operations Center, 6432 General Green Way, Mail Stop O-3, Alexandria, Virginia 22312, and shall
5   be accompanied by a letter identifying Hong Liang Lu as a defendant in this action; setting forth the
6   title and civil action number of this action and the name of this Court; and specifying that payment is
7   made pursuant to this Final Judgment. Defendant Lu shall pay post-judgment interest on any
8   delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant
9   to this paragraph to the United States Treasury.

10                                    II.

11       IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendant
12   Sophie shall pay a civil penalty in the amount of $75,000 pursuant to Section 21(d)(3) of the
13   Securities Exchange Act of 1934 [15 U.S.C. § 78u(d)(3)]. Defendant Sophie shall make this payment
14   within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's
15   check, or United States postal money order payable to the Securities and Exchange Commission. The
16   payment shall be delivered or mailed to the Office of Financial Management, Securities and
17   Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop O-3, Alexandria,
18   Virginia 22312, and shall be accompanied by a letter identifying Michael J. Sophie as a defendant in
19   this action; setting forth the title and civil action number of this action and the name of this Court;
20   and specifying that payment is made pursuant to this Final Judgment. Defendant Sophie shall pay
21   post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission
22   shall remit the funds paid pursuant to this paragraph to the United States Treasury.

23                                    III.

24       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consents are
25   incorporated herein with the same force and effect as if fully set forth herein, and that Defendants
26   shall comply with all of the undertakings and agreements set forth therein.

27

28

                                        -2-           FINAL JUDGMENT AS TO DEFENDANTS
                                                      HONG LIANG LU AND MICHAEL J. SOPHIE

1

IV.

2       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

3   jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

4

5   Dated: _____, 2008                    _____

6                                                   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-                              FINAL JUDGMENT AS TO DEFENDANTS
                                 HONG LIANG LU AND MICHAEL J. SOPHIE