MARC J. FAGEL (Cal. Bar No. 154425)
CARY S. ROBNETT (Cal. Bar No. 160585)
TRACY L. DAVIS (Cal. Bar No. 184129)
 DavisTL@sec.gov
STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
 BuchholzS@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: 415-705-2500
Facsimile: 415-705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HONG LIANG LU and MICHAEL J. SOPHIE,<br><br>Defendants. | Case No.<br><br>[PROPOSED] FINAL JUDGMENT AS TO DEFENDANTS HONG LIANG LU AND MICHAEL J. SOPHIE |

The Securities and Exchange Commission having filed a Complaint and Defendants Hong Liang Lu and Michael J. Sophie having entered a general appearance; consented to the Court's jurisdiction over Defendants and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); consented to the exercise by a magistrate judge of civil jurisdiction over this matter; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Lu shall pay a civil penalty in the amount of $100,000 pursuant to Section 21(d)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u(d)(3)]. Defendant Lu shall make this payment within ten (10) business

1  days after entry of this Final Judgment by certified check, bank cashier's check, or United States
2  postal money order payable to the Securities and Exchange Commission. The payment shall be
3  delivered or mailed to the Office of Financial Management, Securities and Exchange Commission,
4  Operations Center, 6432 General Green Way, Mail Stop O-3, Alexandria, Virginia 22312, and shall
5  be accompanied by a letter identifying Hong Liang Lu as a defendant in this action; setting forth the
6  title and civil action number of this action and the name of this Court; and specifying that payment is
7  made pursuant to this Final Judgment. Defendant Lu shall pay post-judgment interest on any
8  delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant
9  to this paragraph to the United States Treasury.
10                                           II.
11  IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendant
12  Sophie shall pay a civil penalty in the amount of $75,000 pursuant to Section 21(d)(3) of the
13  Securities Exchange Act of 1934 [15 U.S.C. § 78u(d)(3)]. Defendant Sophie shall make this payment
14  within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's
15  check, or United States postal money order payable to the Securities and Exchange Commission. The
16  payment shall be delivered or mailed to the Office of Financial Management, Securities and
17  Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop O-3, Alexandria,
18  Virginia 22312, and shall be accompanied by a letter identifying Michael J. Sophie as a defendant in
19  this action; setting forth the title and civil action number of this action and the name of this Court;
20  and specifying that payment is made pursuant to this Final Judgment. Defendant Sophie shall pay
21  post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission
22  shall remit the funds paid pursuant to this paragraph to the United States Treasury.
23                                           III.
24  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consents are
25  incorporated herein with the same force and effect as if fully set forth herein, and that Defendants
26  shall comply with all of the undertakings and agreements set forth therein.
27
28

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: _____, 2008

_____
UNITED STATES DISTRICT JUDGE