MARC J. FAGEL (Cal. Bar No. 154425)
CARY S. ROBNETT (Cal. Bar No. 160585)
TRACY L. DAVIS (Cal. Bar No. 184129)
   DavisTL@sec.gov
STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
   BuchholzS@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: 415-705-2500
Facsimile: 415-705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HONG LIANG LU and MICHAEL J. SOPHIE,<br><br>Defendants. | Case No. CV 08-2262 PJH<br><br>CERTICATE OF SERVICE |

## CERTIFICATE OF SERVICE

1  I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party to this action. On May 16, 2008, I served a true and correct copy of the following document:

**FINAL JUDGMENT AS TO DEFENDANTS HONG LIANG LU AND MICHAEL J. SOPHIE**

Via **UNITED STATES MAIL,** addressed to the following:

| | |
|---|---|
| Boris Feldman, Esq.<br>Wilson Sonsini Goodrich & Rosati P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Counsel for Defendant<br>Hong Liang Lu | David Siegel, Esq.<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Counsel for Defendant<br>Michael J. Sophie |

John W. Keker, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
Counsel for Defendant
Hong Liang Lu

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California on May 16, 2008.

*Janet L. Johnston* (signature)
Janet L. Johnston